UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 25-1606-MWF(MAAx)** | Date: May 22, 2025 |
| Title | ***David Acevedo v. TLA Acquisition Corp.*** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 4, 2025, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint. (Docket No. 10). The parties agreed to extend Defendant's deadline to respond to the Complaint to April 28, 2025. (*Id.*)

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 6, 2025**.

- By Defendant: Response to the Complaint. The parties may stipulate again to extend Defendant's deadline to respond to the Complaint.

    OR

- By Plaintiff: Application to the Clerk to Enter Default as to properly served Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **JUNE 6, 2025**, will result in the dismissal of this action.

IT IS SO ORDERED.